IN
THE COURT OF CRIMINAL APPEALS

OF
 TEXAS

                                                                        




 
 
 
 
 
 
 


  



NO.
PD-1474-04




 
 
 
 
 
 
 


  



JOSE YBARRA DOMINGUEZ, Appellant

v.

THE
STATE OF TEXAS

                                                                        




 
 
 
 
 
 
 


  



ON REHEARING OF APPELLANT'S 

PETITION
FOR DISCRETIONARY REVIEW

FROM
THE EIGHTH COURT OF APPEALS

PECOS COUNTY




 
 
 
 
 
 
 


  



Per curiam. 

O P
I N I O N 

            Appellant was convicted
of capital murder and sentenced to confinement for life.
The Court of Appeals affirmed the conviction. Dominguez v.
State, No. 08-98-00224-CR (Tex. App. -- El Paso,
delivered July 19, 2001, no pet.). This Court
granted Appellant leave to file an out-of-time petition for discretionary
review. Ex parte Dominguez, No. AP-74,975 (Tex. Crim. App., delivered
July 28, 2004). Appellant's petition was dismissed as untimely filed on March
2, 2005. Appellant has filed a motion for rehearing requesting reinstatement of
his petition so that it will be considered by this Court. Appellant's motion
for rehearing is granted. His petition filed on March 2, 2005, is reinstated as
of May 4, 2005, and will be considered in accord with Tex.R.App.P. 68.





Delivered May 25, 2005

Do not publish